## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-00_____ CIV-_____   **05 - 21550**

PAUL R. MARCUS,

        Plaintiff,

    vs.

GARLAND, SAMUEL & LOEB, P.C. and
EDWARD T.M. GARLAND,

        Defendants.

_____/

### DEFENDANTS' NOTICE OF REMOVAL

    Defendants, Garland, Samuel & Loeb, P.C. and Edward T.M. Garland, pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby give notice of the removal of this action from the Circuit Court of the Eleventh Judicial District in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 in that there is complete diversity of citizenship between the Plaintiff, a citizen of the State of Florida, and the Defendants, citizens of a different state, Georgia, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as can be seen from the following:

### The State Court Action

    1.    On or about April 15, 2005 Plaintiff Paul R. Marcus, an attorney licensed to practice in the State of Florida and a resident of Miami-Dade County, Florida, filed a Complaint against Defendants, residents of the State of Georgia, in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case Number 05-007745. A copy of

the Summons and Complaint and all other process, pleadings and orders served upon Defendants is attached as Exhibit 1, as required by 28 U.S.C. § 1446(a).

    2.     The parties have agreed to an extension of time for Defendants to respond to the Complaint, until June 29, 2005, as shown by a Notice of Agreed Extension of Time to Respond to the Complaint dated May 31, 2005, attached as Exhibit 2.

<h3 style="text-align:center"><u>This Notice Is Timely Filed</u></h3>

    3.     The Complaint is the initial pleading setting forth the claims upon which this action is based.

    4.     Under *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), and 28 U.S.C. § 1446(b), a defendant's time to remove begins to run when the defendant receives through service of process a copy of the initial pleading setting forth the claims upon which the action is based.

    5.     Defendants were served with the Summons and Complaint on May 10, 2005.

    6.     This Notice of Removal is timely filed because, in accordance with 28 U.S.C. § 1446(b), it is filed within 30 days after service of the initial pleading.

<h3 style="text-align:center"><u>Jurisdiction</u></h3>

**A.**    **<u>There is Complete Diversity of Citizenship</u>**

    7.     The district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.  28 U.S.C. § 1332(a)(1).

8.      As alleged in the Complaint at paragraph 2, Plaintiff Paul R. Marcus is an attorney licensed to practice in the State of Florida and a resident of Miami-Dade County, Florida. Therefore, Paul R. Marcus is considered a citizen of the State Florida.

9.      As alleged in the Complaint at paragraph 4, Defendant Edward T.M. Garland is an attorney licensed to practice law in the State of Georgia, and he is a resident of Fulton County, Georgia. Therefore, Edward T.M. Garland is considered a citizen of the State of Georgia.

10.      For purposes of diversity jurisdiction, a corporation is considered a citizen of any State (or foreign state) in which it has been incorporated and of the State (or foreign state) where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

11.      As alleged in the Complaint at paragraph 3, Defendant Garland, Samuel & Loeb, P.C. is a corporation organized and existing under the laws of the State of Georgia. Its principal place of business is located in Atlanta, Georgia.   Therefore, Garland, Samuel & Loeb, P.C. is considered a citizen of the State of Georgia.

12.      Complete diversity of citizenship therefore exists between Plaintiff and Defendants.

**B.      The Amount in Controversy Requirement Is Satisfied**

13.      The amount in controversy requirement set forth in 28 U.S.C. § 1332 is also satisfied. The Complaint alleges one count:  breach of contract. The Complaint does not allege a specific amount of damages, but instead alleges only that damages, if any, will be in excess of the minimum jurisdictional limits of Miami-Dade County Circuit Court ($15,000).  Paul R. Marcus alleges damages based on a claim that he is entitled to one third of the attorneys' fees earned by Defendants in their representation of Jerry Jacobson. Paul R. Marcus alleges that such fees were in excess of $150,000.00. See Complaint at paragraph 9.  In fact, such fees exceeded

$225,000.00.  See Affidavit of Donna M. Young, attached hereto as Exhibit 3.  Thus, the amount in controversy over Paul R. Marcus' claim exceeds $75,000.00.  Paul R. Marcus is also claiming attorneys' fees in this action.

14.    Where a plaintiff has not pled a specific amount of damages, this Court may find that the amount in controversy exceeds the limit required for jurisdiction, provided that the defendant proves, by a preponderance of the evidence, that the jurisdictional requirement can more likely than not be satisfied.  *See Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353, 1356-1357 (11th Cir. 1996) (finding such an approach strikes a "proper balance between a plaintiff's right to choose his forum and a defendant's right to remove."), *overruled on other grounds* by *Cohen v. Office Depot*, 204 F.3d 1069 (11th Cir. 2000); *see also Federated Mutual Ins. Co. v. McKinnon Motors*, *LLC*, 329 F.3d 805 (11th Cir. 2003); *Leonard v. Enterprise Rent A Car*, 279 F.3d 967 (11th Cir. 2002) (both citing *Tapscott*).  Here, the evidence demonstrates that should Paul R. Marcus succeed on the count alleged in the Complaint, damages, if any, more likely than not would exceed $75,000, thereby making removal proper.

## Compliance with Requirements of 28 U.S.C. § 1446

15.    Defendants will promptly file a Notice of Filing of this Notice of Removal in the State court action, and have served a copy of this Notice of Removal on Paul R. Marcus' counsel pursuant to 28 U.S.C. § 1446(d).

## CONCLUSION

This action is one which may be removed to this Court by Defendants pursuant to 28 U.S.C §§ 1441 and 1332, in that (a) it is a civil action; (b) there is complete diversity of citizenship between Paul R. Marcus and Defendants; (c) the matter in controversy exceeds $75,000; and (d) all procedural requirements have been satisfied or will timely be satisfied.

Dated:  June 8, 2005                    FERRELL SCHULTZ & FERTEL, P.A.


By: _____*Joseph Beeler*_____
       Joseph Beeler
       Florida Bar No. 0130990
       jb@ferrellschultz.com
       Bryan R. Cleveland
       Florida Bar No. 0801984
       brc@ferrellschultz.com
       Ferrell Schultz & Fertel, P.A.
       201 South Biscayne Boulevard
       34th Floor, Miami Center
       Miami, Florida 33131
       Phone: (305) 371-8585
       Fax: (305) 371-5732

       Attorneys for Defendants
       Garland, Samuel & Loeb P.C. and Edward
       T.M. Garland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendants' Notice of

Removal was served by mail this 9th day of June, 2005 upon:

Mary Margaret Schneider
Levey, Airan, Shevin, Roen, Kelso, Corona & Herrera LLP
Gables One Tower, Penthouse
1320 South Dixie Highway
Coral Gables, FL 33146
Telephone No. (305) 661-6664
Facsimile No. (305) 661-6477
Attorneys for Plaintiff

_Joseph Beeler_
Joseph Beeler

1

SENT BY: ED GARLAND;                    4042629947;          MAY-18-05 11:06AM;          PAGE 2
                                                                                 REC: 5-10-05

[x] IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA
[] IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA

PAUL R. MARCUS,                              )      CASE NO. **05 - 7745**    **CA 15**
                                             )
            Plaintiff,                       )      CIVIL DIVISION
                                             )
vs.                                          )
                                             )      CLOCK IN
                                             )
GARLAND, SAMUEL & LOEB, P.C. and EDWARD T.M. )
GARLAND,                                     )      SUMMONS
                                             )      Personal Service on a Natural Person
                                             )      (En Español al Dorso)
            Defendants.                      )      (Francais Au Verso)
                                             )
_____      )

To Defendant   :     GARLAND, SAMUEL & LOEB, P.C.
By serving :          Edward T.M. Garland
                      3151 Maple Drive, N.E.
                      Atlanta, GA 30305

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located
at:                                    **Dade County Courthouse**
                                       **73 West Flagler Street**
                                       **Miami, Florida 33130**
                              *(Additional Court locations are printed below.)*
You must also mail or take a copy of your written responses to the "Plaintiff's Attorney" named below.

Plaintiff's Attorney:    Linley B. Schatzman, Esq.
Address:        *1320 South Dixie Highway, PH 1275*
                *Coral Gables, Florida 33146*          Tel: (305) 547-1234

TO EACH SHERIFF OF THE STATE OF FLORIDA; You are commanded to serve this Summons and a copy of the Complaint of this lawsuit on the above named ~~Michelle Torres 7919~~                    APR 15 2005

HARVEY RUVIN          By: _____          Court    Date:
CLERK OF COURTS              Deputy Clerk                    Seal

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias contados a partir del recibo de esta notificacion para contestar la demanda adjuntada, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Exiten otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamnente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff's attorney" (demandante of abogado del demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez vingt (20) jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entendre votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent., et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les serrvices immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## ADDITIONAL COURT FACILITIES

Joseph Caleb Center(20)
Room 205
5400 N.W. 22nd Avenue
Miami, Florida 33142

Hialeah District Court (21)
55 SW 4th Avenue
Hialeah, Florida 33010

North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
Miami, Florida 33161

Miami Beach District Court (24)
Room 224
1130 Washington Avenue
Miami Beach, Florida 33139

Coral Gables District Court
3100 Ponce de Leon Blvd.
Coral Gables, FL 33134

South Dade Government Center (26)
10710 S.W. 211 Street
Miami, Florida 33189

Homestead District Court (27)
715 N.E. 1 Road
Homestead, Florida 33030

Sweetwater Branch Office
500 SW 109 Avenue
Sweetwater, Florida 33174

SENT BY: ED GARLAND;                    4042629947;        MAY-18-05 11:07AM;        PAGE 5/9

# MIAMI-DADE

PURSUANT TO ADMINISTRATIVE ORDER NO. 2.031-6/93 ALL COMMUNICATIONS NOTICING COURT PROCEEDINGS SHALL INCLUDE THE LANGUAGE STATED BELOW IN ENGLISH, CREOLE, FRENCH AND SPANISH.

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ADA COORDINATOR AT 375-2006 AND 375-2007 OR TELEPHONE VOICE/TDD 1-800-955-8771 (T.D.D.) OR 1-800-995-8770(V) NO LATER THAN FIVE BUSINESS DAYS PRIOR TO SUCH PROCEEDING.

DAPRE AKO KI FET AVEK AMERICAN WITH DISABILITIES ACT, TOUT MOUN KI GINYIN YUN BEZWEN ESPESIYAL LPOU AKOMODASIYON POU YO PATISIPE NAN PWOGRAM SA-A DWE, NAN YUN TAN RESONAB GVAN NINPOT ARANJMAN KAPAB FET, YO DWE KONTAKTE ADMINSTRATIVE OFFICE OF THE COURT, KI NAN NIMERO TELEHON NAN SE 375-2006 AND 375-2007 OUBYEN 1-800-955-8771 (T.D.D.) OUBYEN 1-800-995-8770(V) AN PASAN PA FLORIDA RELAY SERVICE.

EN ACCORDANCE AVEC LA LOI DE "AMERICANS WITH DISABILITIES", LES PERSONAS EN BESOIN D'UNE ACCOMMODATION SPECIALE POUR PARTICIPER A CES PROCEDURES DOIVENT, DANS UN TEMPS RAISONABLE, AVANT D'ENTREPRENDRE AUCUNE AUTRE DEMARCHE, CONTACTER l'OFFICE ADMINISTRATIVE DE LA COURT SITUE AU LE TELEPHONE 375-2006 AND 375-2007 OU 1-800-955-8771 (TDD) OU 1-800-955-8770 (V) VIA FLORIDA RELAY SERVICE.

DE ACUERDO CON EL ACTO O DECRETO DE LOS AMERICANOS CON IMPEDIMENTOS, INHABILITADOS, PERSONAS EN NECESIDAD DEL SERVICIO ESPECIAL PARA PARTICIPAR EN ESTE PROCEDIMIENTO DEBERAN, DETRO DE UN TIEMPO RAZONABLE ANTES DE CUALQUIER PROCEDIMIENTO, PONERSE EN CONACTO CON LA OFICINA ADMINISTRATIVA DE LA CORTE, TELEFONO 375-2006 AND 375-2007 (TDD), O 1-800-955-8770 (V) VIA FLORIDA RELAY SERVICE".

IN THE COUNTY COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY,
FLORIDA

CIVIL DIVISION

CASE NO. **05 - 7 7 4 5**   **CA 15**

PAUL R. MARCUS,                           )
                                          )    COMPLAINT FOR BREACH OF
        Plaintiff,                        )    CONTRACT
                                          )    _____
vs.                                       )    Fla. Bar No. 96581
                                          )
GARLAND, SAMUEL & LOEB, P.C. and          )
EDWARD T.M. GARLAND,                      )
                                          )
        Defendants.                       )
                                          )

Plaintiff, PAUL R. MARCUS, sues Defendants, GARLAND, SAMUEL & LOEB, P.C. and EDWARD T.M. GARLAND, and states as follows:

1.    This is an action for damages in an amount greater than $15,000.00, exclusive of interest, costs and attorney's fees.

2.    Plaintiff, PAUL R. MARCUS, is an attorney licensed to practice in the State of Florida and a resident of Miami-Dade County, Florida.

3.    Defendant, GARLAND, SAMUEL & LOEB, P.C., is a law firm in the State of Georgia subject to the jurisdiction of this Court pursuant to Florida Statutes §48.193, by, *inter alia*, representing a client referred to Defendant by Plaintiff in an action pending in the state of Florida. Furthermore, venue is proper in Miami-Dade County because the Defendant breached the agreement with Plaintiff in Miami-Dade County, Florida.

4.    Defendant, EDWARD T.M. GARLAND is an attorney licensed to practice law in the State of Georgia subject to the jurisdiction of this Court pursuant to Florida Statutes §48.193, by, *inter alia*, representing a client referred to Defendant by Plaintiff in an action pending in the state of Florida. Furthermore, venue is proper in Miami-Dade County because the Defendant breached the agreement with Plaintiff in Miami-Dade County, Florida to Defendants for representation.

5.    On or about September 15, 2001, Plaintiff referred a client facing prosecution in the United States District Court in and for the Middle District of Florida.

6.    At the time Plaintiff referred his client to Defendants, it was agreed that Plaintiff

CASE NO.

would participate in the client's legal representation in the federal case.

7.   At the time Plaintiff referred his client to Defendants, it was agreed that Plaintiff's participation fee would be one-third of the fee Plaintiff's client paid to Defendants.

8.   Attached hereto is a copy of Defendants' letter to Plaintiff dated September 24, 2001, confirming Plaintiff's referral of his client to Defendants and transmitting Plaintiff's initial participation and referral fee of $5,000.00.

9.   Upon information and belief, Plaintiff's client paid Defendants in excess of $150,000.00 to represent Plaintiff's client in the subject federal court action.

10.  Despite receiving in excess of $150,000.00 from Plaintiff's client for the representation, Defendants have failed and refused to pay Plaintiff the agreed upon participation and referral fee over and above the initial $5,000.00.

11.  Plaintiff has been damaged as a result of Defendants' breach in an amount in excess of $15,000.00, representing the balance of the agreed upon participation and referral fee which Defendants have failed to pay Plaintiff, exclusive of interest, costs and attorney's fees.

12.  Plaintiff has been required to retain the undersigned law firm ro represent him in connection with this cause and is obligated to pay his attorneys a reasonable fee for their service in connection herewith.

WHEREFORE, Plaintiff, PAUL R. MARCUS, demands judgment against Defendants, GARLAND, SAMUEL & LOEB, P.C. and EDWARD T.M. GARLAND, jointly and severally, for compensatory damages, costs, expenses, prejudgment interest, reasonable attorney's fees pursuant to Florida Statutes §57.105, there being no justiciable issue of law or fact, and such further relief as the Court deems proper.

LEVEY, AIRAN, SHEVIN, ROEN,
KELSO, CORONA & HERRERA, LLP
Gables One Tower, Penthouse
1320 South Dixie Highway
Coral Gables, Florida 33146
(305) 661-6664 (Telephone)
(305) 661-6477 (Facsimile)

By: _____
LINLEY B. SCHATZMAN

N:\1835\001\Complaint.wpd{3/31/ 2005-6:01 pm}

-2-

# EXHIBIT "A"

SENT BY: ED GARLAND;                    4042629947;          MAY-18-05 11:09AM;          PAGE 9/9

# Garland, Samuel & Loeb, P.C.
TRIAL ATTORNEYS

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone (404) 262-2225
Facsimile (404) 365-5041
E-mail triallaw@atlanta.com

Edward T. M. Garland
Donald F. Samuel
Robin N. Loeb
Anne H. Coolidge-Kaplan
Jana Lauren Harris
Nelson O. Tyrone III
Samuel L. Starks

Reuben A. Garland (1903-1982)

September 24, 2001

Paul R. Marcus, Esquire
Marcus Centre – Penthouse One
9990 S.W. 77th Avenue
Miami, Florida 33156-2699

Dear Paul:

Thank you for referring Jerry Jacobson to me. Enclosed is a check from my firm in the amount of $5,000.00 for your role in this case. I apologize for not promptly returning your call. The prosecutor is seeking a plea to 3 counts of the Indictment. A total of 40 people are expected to be indicted, most of them testifying against Jerry.

The discovery is voluminous, including 130 hours of conversations pursuant to a federal wiretap. We are examining the legitimacy of the wiretap and the compliance with the minimization requirements. In addition, Jerry confessed. There is a question, however, about the voluntariness of his confession.

Thank you again for your referral.

With kindest regards, I am

Sincerely yours,

Edward T.M. Garland

ETMG/ph
Enclosure

2

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 05-7745 CA 15

PAUL R. MARCUS,

     Plaintiff,

vs.

GARLAND, SAMUEL & LOEB, P.C. and
EDWARD T.M. GARLAND,

     Defendants,

_____/



## DEFENDANTS' NOTICE OF AGREED EXTENSION OF TIME TO RESPOND TO COMPLAINT

    The Defendants, GARLAND, SAMUEL & LOEB, P.C. and EDWARD T.M. GARLAND, file the attached letter evidencing an agreement to extend the time to and including June 29, 2005, to serve an Answer or other response to the Complaint in this action. The Defendants do not hereby appear generally as parties or consent to the jurisdiction of this Court.

    Undersigned counsel is acting on behalf of the Defendants herein for the limited and special purpose of filing this Notice. Neither he nor any member of his law firm is making a general appearance on behalf of either Defendant at this time. Until further notice, correspondence should be directed to the Defendants at the following address:

        Edward T.M. Garland, Esq.
        Garland, Samuel & Loeb, P.C.
        3151 Maple Drive, N.E.
        Atlanta, GA 30305-2503
        Attn: Robin Loeb

Respectfully submitted,

Joseph Beeler
Bryan Cleveland
Ferrell Schultz & Fertel, P.A.
Special and Limited Counsel for Defendants
201 South Biscayne Boulevard
34th Floor, Miami Center
Miami, Florida  33131-4325
Tel:  305-372-8808
Fax:  305-372-3669

By: _____
      Joseph Beeler
      Florida Bar No. 0130990
      Bryan Cleveland
      Florida Bar No. 801984

-2-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail upon Mary Margaret Schneider, Levey, Airan, Shevin, Roen, Kelso, Corona & Herrera, LLP, Gables One Tower, Penthouse, 1320 South Dixie Highway, Coral Gables, Florida 33146, this 31 day of May, 2005.

By: _____
          Bryan Cleveland

# FERRELL
# SCHULTZ

Ferrell Schultz & Fertel
A PROFESSIONAL ASSOCIATION

PO Box 01-9693
201 South Biscayne Boulevard
34th Floor, Miami Center
Miami, Florida 33131-4325

telephone  +1-305-371-8585
facsimile  +1-305-371-5732
miami@ferrellschultz.com

MIAMI, FLORIDA

NEW YORK, NEW YORK

SAO PAULO, BRAZIL

MEXICO CITY, MEXICO

BUENOS AIRES, ARGENTINA

CARACAS, VENEZUELA

May 31, 2005

Mary Margaret Schneider
Levey, Airan, Brownstein, Friedman,
  Roen & Kelso, LLP
1320 South Dixie Highway, Penthouse 1275
Coral Gables, Florida 33146-2926

Re:   Paul R. Marcus v. Garland, Samuel & Loeb, P.C., and Edward
      T.M. Garland, Case No. 05-7745 CA 15, 11th Jud. Cir.

Dear Ms. Schneider:

Thank you for your professional courtesy.  I appreciate the extension of time to the Defendants, and I am sure they appreciate it as well.

To give comfort to these Georgia Defendants, I am not only writing you to confirm our agreement but also will file a "Defendants' Notice of Agreed Extension of Time to Respond to the Complaint."  Accordingly, for the record, during our telephone conversation today you agreed on behalf of your client, the Plaintiff, to extend the time until June 29, 2005, for each Defendant to file an Answer to the Complaint or other response thereto.

In addition, let me also confirm that you and I will meet informally to discuss the case.  I have an appointment at your office on Monday June 6, 2005, at 3:00 p.m.  I look forward to meeting you then.

Thank you, again, for your kindness and consideration.

Sincerely,

Joseph Beeler

Joseph Beeler

JB:wh

3

STATE OF GEORGIA
COUNTY OF FULTON

## AFFIDAVIT OF DONNA M. YOUNG

DONNA M. YOUNG, being first duly sworn, states as follows:

1.    I am, and have been, the Administrator/Controller of the Law Firm of Garland, Samuel & Loeb, P.C. for approximately the past 11 years.  I am also the Treasurer;

2.    I am over 18 years of age;

3.    I have personal knowledge of the facts stated herein;

4.    The bookkeeping records of Garland, Samuel & Loeb, P.C., document that the Law Firm received a total of $370,205.59 in attorneys' fees in the matter involving Jerry Jacobson, which is the matter referred to in the Complaint styled <u>Paul R. Marcus v. Garland, Samuel & Loeb, P.C. and Edward T.M. Garland</u>, Case No. 06-7745-CA-15 (11th Jud. Cir. Miami-Dade County, Florida);

5.    The bookkeeping records used to make this determination are records which were made at or near the time the fees were paid by the client; the records are made by

persons with knowledge; the records are kept in the course of a regularly conducted business
activity; and it is the regular practice of the Law Firm to make such records.

GARLAND, SAMUEL & LOEB, P.C.

By: _____
Donna M. Young

The foregoing instrument was acknowledged before me this 8th day of June, 2005, by
Donna M. Young, who is personally known to me.

_____
Signature of Notary

_____
Print Name:
Notary Public, State of Georgia

My Commission Expires:

P. A. Henritze
Notary Public, Gwinnett County, GA
My Commission Expires December 29th, 2007

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

05-21550

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
Marcus, Paul R.

## DEFENDANTS
Garland, Samuel & Loeb, P.C.
& Garland, Edward T.M.

CIV-KING

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Miami-Dade County
(EXCEPT IN U.S. PLAINTIFF CASES) (FLORIDA)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Fulton County
(IN U.S. PLAINTIFF CASES ONLY) (GEORGIA)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dade   05-21550 CIV JLK BLG

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mary Margaret Schneider
(305) 661-6664
Levey, Airan, Shevin, Roen, Kelso, Corona & Herrera
Gables One Tower, Penthouse
1320 S. Dixie Highway
Coral Gables, FL 33146

ATTORNEYS (IF KNOWN)
Joseph Beeler
Bryan Cleveland
(305) 371-8585

Ferrell Schultz & Ferrel, P.A.
201 S. Biscayne Blvd. Suite 3400
Miami, FL 33131

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)
(Nature of suit checkboxes - ☒ 190 Other Contract)

## VI. CAUSE OF ACTION
REMOVAL 28 U.S.C. §1332, 1441, 1446   Alleged breach of oral contract to pay referral fee.
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case) UNKNOWN

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ in excess of $15,000
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
JUDGE ___   DOCKET NUMBER ___

DATE June 8, 2005
SIGNATURE OF ATTORNEY OF RECORD Joseph Beeler

FOR OFFICE ONLY
RECEIPT # ___ AMOUNT $300.00 922295 APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___
06/09/05